

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00389-CR and 04-14-00390-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5397 and 5398
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant has submitted written proof to this court that the reporter's record has been designated and requested. Accordingly, the reporter's record is due **_within thirty (30) days_** from the date of this order. The record is to be prepared at no cost to appellant who the record shows is indigent.

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court